```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEVALLE F. GALLOWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEVALLE F. GALLOWAY,<br><br>  Defendant. | CR S-05-0031 LKK<br><br>**STIPULATION AND ORDER** |

　　　　Plaintiff United States of America, by its attorney, Assistant United States Attorney Jason Hitt, and defendant Devalle F. Galloway, by his attorney, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference date of July 12, 2005 should be vacated and the following motion schedule ordered:

　　　　Defense motions due no later than July 15, 2005;

　　　　Government opposition due by August 4, 2005;

　　　　Defendants' reply due by August 11, 2005;

　　　　Non-evidentiary hearing on August 16, 2005 at 9:30 a.m.

```
                              Respectfully submitted,

                              MCGREGOR W. SCOTT
                              United States Attorney


DATED: July 5, 2005           /s/ Quin Denvir
                              Telephonically authorized to sign
                              for JASON HITT
                              Assistant U. S. Attorney

                              Attorney for Plaintiff



DATED: July 5, 2005           /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Attorney for Defendant Galloway
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

```
DATED: July 11, 2005          /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              Senior United States District Judge
```

U.S. v. Galloway
CR S-05-0031 LKK
Stip/Proposed Order           2