QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Devalle Falone Galloway

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | No. CR S-05-0031 LKK |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | **ORDER** |
| DEVALLE FALONE GALLOWAY,            ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

The above captioned matter came on for hearing on August 16, 2005 at 9:30 a.m.  Plaintiff United States of America was represented by Assistant United States Attorney Jason Hitt.  Defendant Devalle Galloway was represented by Federal Defender Quin Denvir and Assistant Federal Defender Tim Zindel.  The Court ordered an evidentiary hearing to take place on Wednesday, September 21, 2005 at 9:15 a.m.  The Court ordered time excluded until that date due to the pending motion to suppress.

DATED: August 17, 2005            /s/Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  Senior United States District Judge