QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEVALLE F. GALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0031 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| DEVALLE F. GALLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Devalle F. Galloway, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the evidentiary hearing on the Motion to Suppress currently calendared for September 21, 2005 should be continued to September 29, 2005 at 9:15 a.m., and that the following schedule should be adopted for defendant's motion to dismiss under Federal Rule of Criminal Procedure 11:

Defendant's motion due by August 31, 2005;

Government response due by September 14, 2005;

1

Defendants' reply due by September 16, 2005;

Non-evidentiary hearing on motion on Tuesday, September 20. 2005 at 9:30 a.m.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: August 31, 2005          /s/ Quin Denvir
                                Telephonically authorized to sign
                                for JASON HITT
                                Assistant U. S. Attorney

                                Attorney for Plaintiff

DATED: August 31, 2005          /s/ Quin Denvir
                                QUIN DENVIR
                                Federal Defender

                                Attorney for Defendant Galloway

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: September 1, 2005        /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior, United States District Judge

U.S. v. Galloway
CR S-05-0031 LKK
Stip/Proposed Order                      2