1 | McGREGOR W. SCOTT
    United States Attorney
2 | JASON HITT
    Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
    Sacramento, California 95814
4 | Telephone: 916.554.2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0031 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| DEVALLE GALLOWAY, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Devalle Galloway, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the evidentiary hearing on the Motion to Suppress currently calendared for September 29, 2005,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

at 9:15 a.m., should be continued to October 4, 2005, at 10:30 a.m.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: September 16, 2005       By:  /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Respectfully Submitted,

DATED: September 16, 2005       By:  /s/Jason Hitt
                                        Telephonically authorized to
                                        sign for Quin Denvir
                                        QUIN DENVIR
                                        Federal Defender

**ORDER**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: September 19, 2005      /s/Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      Senior United States District Judge