**FILED**
September 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     Case No. CR.S-05-0031-LKK
         Plaintiff,                )
v.                                 )     ORDER FOR RELEASE OF
                                   )     PERSON IN CUSTODY
DEVALLE FALONE GALLOWAY,           )
                                   )
         Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEVALLE FALONE GALLOWAY , Case No. CR.S-05-0031-LKK , Charge 18USC § 922(g)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

              __   Unsecured Appearance Bond

              __   Appearance Bond with 10% Deposit

              __   Appearance Bond with Surety

              __   Corporate Surety Bail Bond

              ✔   (Other)      Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 21, 2005  at  11:58 am  .

                              By   /s/ Gregory G. Hollows
                                   _____
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court