```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorney for Defendant
Devalle Galloway

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0031 LKK |
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR APPOINTMENT** |
| | ) | **OF CO-COUNSEL AND** |
| DEVALLE GALLOWAY, | ) | **ORDER** |
| Defendant. | ) | |

      Defendant Devalle Galloway hereby requests that Quin Denvir be appointed as co-counsel with the Office of the Federal Defender. Mr. Denvir has been lead counsel on the case since the Office was appointed by the Court, working with Assistant Federal Defender Tim Zindel. He will be retiring from the Office as of December 31, 2005. Defendant would like Mr. Denvir appointed as his co-counsel, effective January 1, 2006, to work on the scheduled evidentiary hearing on the defense motion to suppress.

                                    Respectfully submitted,

                                    /s/ Quin Denvir
                                    QUIN DENVIR
                                    Attorney for Devalle Galloway

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 20, 2005        /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    Senior, United States District Judge