McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I St., Room 10-100
Sacramento, California  95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-0031 LKK |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS INDICTMENT AND ORDER |
| DAVALLE FALONE GALLOWAY, ) | |
| Defendant. ) | |

The United States requests leave of court to dismiss the indictment in this case, filed on January 27, 2005, without prejudice.  Fed. R. Crim. P. 48(a).  The government's motion is made because it appears that the current evidence in the case would probably be insufficient to obtain and sustain a conviction.  See U.S.A.M. 9-27.220.

Defendant's custody status does not change because he is out of custody.  The currently-set evidentiary hearing on defendant's motion to suppress, on January 20, 2006, should be vacated as moot.

DATED: January 13, 2006            McGREGOR W. SCOTT
                                   United States Attorney


                                   By /s/Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

1

**ORDER**

Based upon the government's motion to dismiss the indictment, **IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment against Devalle Falone Galloway, filed on January 27, 2005, in Case No. 05-0031 LKK, is DISMISSED without prejudice;

2. The evidentiary hearing set for January 20, 2006, at 9:30 a.m. is VACATED as moot.

DATED: January 17, 2006        /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               United States District Judge